**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FRAY MARTIN ROMERO-PEREZ,

Petitioner,

v. No. 1:26-cv-02988-MLG-JMR

MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security, et al.,

Respondents.

**ORDER DENYING VERIFIED PETITION FOR WRIT OF**
**HABEAS CORPUS UNDER 28 U.S.C. § 2241**

This matter is before the Court on pro se Petitioner Fray Martin Romero-Perez's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), Doc. 1. The Court, having considered the Petition, having held a hearing on October 30, 2026, and being otherwise fully informed, denies the Petition for the reasons stated on the record at the hearing. *See* 8 U.S.C. § 1226(e) ("The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the . . . denial of bond or parole."); 8 C.F.R. § 1003.10(a) (noting that immigration judges are appointed by the Attorney General to "act as the Attorney General's delegates in the cases that come before them"). A final judgment will be entered separately.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA